STATE OF NEW JERSEY v. LEON WOODSON.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT P. POSLUSNY.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES PREVARD.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BARBARA FARRENKOPF.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT B. TAYLOR.

November 18, 1985.

Petition for certification denied.